Eugene L. GAGNER

v.

Demetra STREKOURAS et al.

No. 78–308–A.

Supreme Court of Rhode Island.

April 18, 1980.

Everett A. Petronio, Cranston, for plaintiff.

Gunning, LaFazia & Gnys, Inc., Richard T. Linn, Providence, for defendants.

## ORDER

The plaintiff in this case was directed on March 20, 1980 to appear and show cause why this matter should not be remanded to the Superior Court for entry of judgment consistent with Super.R.Civ.P. 54(b). The plaintiff appeared on April 11, 1980 and showed cause why this matter should not be remanded to the Superior Court because judgment entered in the Superior Court on March 24, 1980. With leave of this court plaintiff obtained a Rule 54(b) certificate on April 11, 1980. The case is therefore placed on the oral argument calendar.

STATE

v.

James WHITMAN.

No. 80–67–C.A.

Supreme Court of Rhode Island.

April 18, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Paula E. Rosin, Asst. Public Defender, for defendant.

## ORDER

The state moved to dismiss the defendant's appeal for failure to timely transmit the record as provided in Sup.Ct.R. 11 and for failure to order a transcript as provided in Sup.Ct.R. 10. The state appeared on April 11, 1980 and requested that its motion be denied because the defendant since transmitted the record and filed the transcript of proceedings below. Accordingly, the state's motion is denied.